IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES ALSTON                                                                    PLAINTIFF

v.                              No. 3:17-cv-64-DPM

GARY SWIFT, Jonesboro ACC/DCC
Probation and Parole Officer                                                DEFENDANT

ORDER

1. Alston hasn't paid the $400 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 8 May 2017. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(2).

2. The Court directs the Clerk to mail Alston an application to proceed *in forma pauperis*. If the Court grants Alston permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 April 2017