IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES ALSTON                                                                          PLAINTIFF

v.                                          No. 3:17-cv-64-DPM

GARY SWIFT, Jonesboro ACC/DCC
Probation and Parole Officer; and
ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTION                                                  DEFENDANTS

## JUDGMENT

Alston's complaint and amended complaint are dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

16 May 2017