# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JAMES ALSTON**  PLAINTIFF

v.  No. 3:17-cv-64-DPM

**GARY SWIFT, Jonesboro ACC/DCC
Probation and Parole Officer;
ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTION;
and CHARLENE DAVIDSON HENREY**  DEFENDANTS

## ORDER

1. Motion for order, № 16, granted. According to the Clerk of Court's records, Alston still owes the full $350 filing fee in this case.

2. Alston also asks about the status of his appeal. The Court directs the Clerk to resend Alston copies of № 13, 14, 17 & 18 with a copy of this Order.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

5 June 2017