# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES ALSTON                                                                     PLAINTIFF

v.                                              No. 3:17-cv-64-DPM

GARY SWIFT, Jonesboro ACC/DCC
Probation and Parole Officer; and
ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTION                                                  DEFENDANTS

## ORDER

Alston hasn't paid the $505.00 appellate filing and docketing fees or filed an application for leave to proceed *in forma pauperis* on appeal; and the time to do so has passed. № 18. The Clerk's appeal deficiency notice was initially returned undeliverable. The Clerk remailed it to Alston's updated address, though, and there's no indication Alston didn't receive it. № 23. In any event, the Court certified that an *in forma pauperis* appeal would not be taken in good faith. № 13; 28 U.S.C. § 1915(a)(3). To the extent Alston's notice also sought leave to proceed *in forma pauperis* on appeal, № 17, that motion is denied.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 August 2017